IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SALON 8736, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:25-CV-206-BAH |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR A STAY OF DISCOVERY
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of discovery in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for most other Executive agencies, including the federal Defendant. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.	Undersigned counsel for the Department of Justice therefore requests a stay of discovery, *see* ECF. No. 14, Order, until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current discovery deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.	Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of discovery in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

[continued on next page]

//

6. Plaintiff did not respond to counsel for Defendant's email inquiring into their consent or objection to the requested relief prior to the filing of this motion.

DATED: October 1, 2025   Respectfully submitted,

/s/*Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of Defendant's **Motion to Stay** has been made on October 1, 2025 via the CM/ECF system to all parties who have entered an appearance in this suit.

/s/ *Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice

3